**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**NO. 5:14-CR-75-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CEDRIC WILLIAMS** | ) | |

UPON MOTION by the Defendant, Cedric Williams, and FOR GOOD CAUSE

SHOWN, it is hereby ORDERED that Docket Entry 226 be sealed.

This the 3rd day of March 2015.

Malcolm J. Howard
Senior United States District Judge