UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-75-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | ORDER |
| ) | |
| CEDRIC WILLIAMS ) | |

UPON MOTION by the Defendant, Cedric Williams, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entries 234 and 235 be sealed.

This the 31st day of March 2015.

*[signature]*
Malcolm J. Howard
Senior United States District Judge