UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 4:14-CR-75-1-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CEDRIC SHARROD WILLIAMS** | ORDER |

UPON MOTION by the Defendant and FOR GOOD CAUSE SHOWN, it is hereby

ORDERED that Docket Entry 244 be sealed.

This the 6th day of May 2015.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior United States District Judge